IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **MITCHELL DEAN COCHRAN** | § § | |
| **V.** | § § | W-17-CA-08-RP |
| **LORIE DAVIS** | § | |

### FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court denied Petitioner Mitchell Dean Cochran's Application for Habeas Corpus Relief. The Court further determined that a certificate of appealability shall not be issued. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Mitchell Dean Cochran's Application for Habeas Corpus Relief is hereby **DENIED**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** on December 21, 2017.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE